## LANKFORD et al. v. TANNER.

ATKINSON, Justice. This case is controlled by the decision this day rendered in *Lankford* v. *Milhollin*, ante.

*Judgment affirmed. Jenkins, Chief Justice, Duckworth, Presiding Justice, Wyatt, Head, and Candler, Justices, and Judge A. M. Anderson concur.*

No. 16278.   JULY 15, 1948.   REHEARING DENIED JULY 28, 1948.

*W. C. Lankford,* for plaintiffs in error.

*R. A. Moore* and *Memory & Memory,* contra.